# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KIRSTEN MARIE GOODWIN,       ) | CASE NO. 1:12-CV-1901-GSA |
| ) | |
| Plaintiff,       ) | **ORDER REMANDING** |
| v.       ) | **CASE PURSUANT TO** |
| ) | **42 U.S.C. § 405(g)** |
| ) | |
| CAROLYN W. COLVIN,[1]       ) | **ORDER DIRECTING CLERK TO** |
| Acting Commissioner of       ) | **CLOSE THIS CASE** |
| Social Security,       ) | |
| ) | |
| Defendant,       ) | |
| ) | |

Based upon the parties' Stipulation for Remand filed on July 8, 2013 (Doc. 13), this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g), for further proceedings. On remand, the Appeals Council will remand the matter to the administrative law judge (ALJ) for a new decision and further proceedings. On remand the ALJ will:

    1) Further evaluate the medical opinions of record and explain the weight he or she assigns to each;

    2) Re-evaluate Plaintiff's credibility;

    3) Consider additional medical evidence Plaintiff submits; and

    4) Take any other actions he or she deems necessary to make a decision.

---

[1] Carolyn W. Colvin is substituted in as the Defendant in this case pursuant Rule 25(d) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 25(d).

1

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Kirsten Marie Goodwin, against Defendant, Carolyn W. Colvin, the Commissioner of Social Security and close this case.

IT IS SO ORDERED.

Dated: __**July 9, 2013**__                    _____**/s/ Gary S. Austin**_____
                                                                  UNITED STATES MAGISTRATE JUDGE