# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| KIRSTEN M. GOODWIN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 1:12-CV-01901-GSA<br><br><br>**ORDER REGARDING PAYMENT OF ATTORNEY'S FEES AND COSTS**<br><br>**(Doc. 16)** |

Based on the Stipulation between the parties filed on July 16, 2013, it is hereby ordered that attorney fees in the amount of $3,336.19, and expenses in the amount of $18.45, for a total of $3,354.64, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). Plaintiff shall also be awarded costs in the amount of $64.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The checks for EAJA fees

and costs shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA, 98383.

IT IS SO ORDERED.

Dated: **July 17, 2013**          **/s/ Gary S. Austin**
                            UNITED STATES MAGISTRATE JUDGE